**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

MARMIC FIRE & SAFETY CO., INC., )
)
Plaintiff, )
)
v. )          No. 4:26CV267 HEA
)
JEREMY D. JOHNSON, )
)
Defendant. )

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. Plaintiff filed this action

alleging a breach by defendant of a noncompete agreement contained in the

parties' Asset Purchase Agreement. The Court's jurisdiction is based on diversity

of citizenship. 28 U.S.C. § 1332.

Plaintiff alleges it is a Missouri citizen and Defendant is a Florida citizen.

According to the Complaint, Plaintiff's principal place of business is Joplin,

Missouri.  Joplin Missouri is located in the Western District of Missouri.

Plaintiff has not established that venue is proper in this Court. Defendant is

located in Florida and the events complained of appear to have occurred in Joplin

Missouri and Florida. Pursuant to 28 U.S.C. § 1391(b), a civil action may be

brought in: (1) a judicial district in which any defendant resides, if all defendants

are residents of the State in which the district is located; (2) a judicial district in

which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought, any judicial district in which any defendant is subject to the Court's personal jurisdiction. Under these venue provisions, venue is proper Joplin, Missouri.

Under 28 U.S.C. § 1406(a), when a case is filed in a district where venue is not proper, the District Court can either dismiss the action, or if it is in the interest of justice, the Court can transfer the case to any district in which it could have been brought. The Court finds the interest of justice favors transfer of this case.

Accordingly,

IT IS HEREBY ORDERED that this matter is transferred to the Western District of Missouri.

IT IS FURTHER ORDERED that the hearing set on Plaintiff's Motion for Temporary Restraining Order is cancelled.

Dated this 4th day of March, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE